UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GBM Global Holding Company Limited<br><br>*Plaintiff*,<br><br>v.<br><br>The Unidentified Individuals Listed On Schedule A,<br><br>*Defendants.* | Case No.<br><br>**EMERGENCY PETITION FOR (1) A TEMPORARY RESTRAINING ORDER IN AID OF ARBITRATION; (2) AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; AND (3) AN ORDER AUTHORIZING ALTERNATIVE SERVICE OF THE TRO AND SHOW CAUSE ORDER** |

On July 23, 2021, or as soon thereafter as can be heard, Petitioner GBM Global Holding Company Limited ("Petitioner"), will and does hereby, before a United States District Court Judge, Southern District of New York, 500 Pearl St, New York, NY 10007, petition for an emergency temporary restraining order, as well as a preliminary injunction, pending an arbitration between the parties, as follows:

1. Enjoining Defendants listed in Schedule A to the Memorandum Of Law in Support of the Petition ("Memorandum") from transferring cryptocurrencies they transferred to certain cryptocurrency exchanges listed in Schedule B to the Memorandum.

The grounds for Plaintiff's motion are that immediate and irreparable injury will result to Plaintiff absent such a temporary restraining order, as more fully set forth in the Memorandum of Law and supporting Declarations submitted herewith.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant the temporary restraining order requested herein and thereafter, a preliminary injunction

Dated: July 23, 2021.

                                           Angus F. Ni

By: _____

**AFN LAW PLLC**
387 Park Ave S, 5th Floor,
New York, NY 10016
(646) 453-7294
angus@afnlegal.com
*Attorneys for Petitioner*