IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GBM Global Holding Company Limited<br><br>*Plaintiff*,<br><br>v.<br><br>The Unidentified Individuals Listed On Schedule A,<br><br>*Defendants* | Case No. 1:21-cv-06284<br><br>**Declaration of Angus F. Ni in Support of Petition for Temporary Restraining Order in Aid of Arbitration** |

I, **ANGUS F. NI**, declare as follows:

1. I am counsel for Plaintiff in the above-captioned action.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of an article entitled "Decentralized Applications, Harnessing Bitcoin's Blockchain Technology", which sets out an overview of blockchain technology.

3. Attached to this declaration as **Exhibit B** is a true and correct copy of a complaint to the FBI filed by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓.

4. Attached to this declaration as **Exhibit C** are true and correct copies of emails between Plaintiff and other cryptocurrency exchanges such as Binance and Huobi requesting for a freeze of accounts holding cryptocurrencies that were transferred from the BitMart exchange.

5. Attached to this declaration as **Exhibit D** is a true and correct copy of ▓▓▓▓▓ user agreement with Defendants.

1

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Signed this July 23, 2021

By:_____
Angus F. Ni.

**AFN LAW PLLC**
41 Madison Ave, 31st Floor,
New York, NY 10017
(646) 453-7294
angus@afnlegal.com
*Attorneys for Plaintiff*