IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GBM Global Holding Company Limited<br><br>*Petitioner*,<br><br>v.<br><br>The Unidentified Individuals Listed On Schedule A,<br><br>*Defendants* | Case No. 1:21-cv-06284-AJN<br><br>**Supplemental Declaration of Angus F. Ni in Support of Petitioner's Motion for Temporary Restraining Order and Show Cause Order** |

I, **ANGUS F. NI**, declare as follows:

1. I am counsel for Petitioner in the above-captioned action.

2. As I had represented at the hearing on July 27, 2021, Petitioner, a foreign entity, will shortly commence arbitration pursuant to the arbitration clause in the agreement that all Defendants accepted when signing up for accounts on its exchange.

3. Petitioner will assert in arbitration claims for breach of contract, as well as common law fraud, unjust enrichment, and conversion.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Signed this July 27, 2021

By: /s/ Angus F. Ni

**AFN LAW PLLC**
41 Madison Ave, 31st Floor,
New York, NY 10017
(646) 453-7294
angus@afnlegal.com
*Attorney for Petitioner*

1