UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2021
```

GBM Global Holding Company Limited

*Petitioner*,

v.

The Unidentified Individuals Listed On Schedule A,

*Defendants*.

Case No. 1:21-cv-06284

ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED

On July 23, 2021, Petitioner GBM Global Holding Company Limited ("Petitioner") Petitioned for a Temporary Restraining Order and Preliminary Injunction in Aid of Arbitration against certain unidentified individuals listed on Schedule A hereto ("Defendants").

Upon reviewing the Petition, the Court is of the opinion that the Petition is well-taken and should be GRANTED. This Court therefore orders that:

1. On August 9, 2021, at 2:00 p.m. Defendants appear at a telephonic hearing to Show Cause before the Court why an order should not issue:

   a. Grating Petitioner a preliminary injunction enjoining Defendants, their agents, servants, employees, attorneys, and affiliates, from selling, transferring, assigning, encumbering, or otherwise disposing of cryptocurrency transferred in the transactions listed in **Schedule B** hereto pending the outcome of an arbitration.

2. Upon receipt of this order, Petitioner shall immediately serve Defendants at e-mail addresses set forth in **Schedule A** hereto.

3. Petitioner's counsel shall, on the same day service is effectuated, provide an affidavit that the service ordered in Paragraph 2 above has been complete.

4. Defendants shall file any brief in opposition to Petitioners' request for a preliminary injunction on or before August 4, 2021

5. Petitioner shall file any reply briefing in support of her Petition on or before August 6, 2021.

6. Defendants are temporarily restrained and enjoined from transacting any cryptocurrency transferred to the exchanges and through the transactions listed in **Schedule B** hereto.

7. Upon receipt of a copy of this order, the third-party exchanges in **Schedule B** shall promptly freeze any cryptocurrency and any accounts that received cryptocurrency pursuant to the transactions listed in **Schedule B** hereto, pending any further court order.

8. The Court GRANTS Petitioner's letter motion to seal portions of its application (Dkt. No. 4). Petitioner shall promptly file **Schedule A** and **Schedule B** on the public docket after it has effected service as set forth in this Order or file a letter explaining why those documents should remain under seal.

9. The parties and members of the public may access the proceeding at the scheduled time by dialing (888) 363-4749 and entering access code 9196964#.

IT IS SO ORDERED,

Dated: July 28, 2021

_____
Alison J. Nathan, United States District Judge