## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

GBM Global Holding Company Limited

*Petitioner*,

v.

The Unidentified Individuals Listed On
Schedule A,

*Defendants*

Case No. 1:21-cv-06284-AJN

**Affidavit of Service**

I, **ANGUS F. NI**, declare as follows:

1.      I am counsel for Petitioner in the above-captioned action.

2.      As directed by the Court on July 28, 2021, my firm served Petitioner's motion papers and the Order to Show Cause (the "**Order**") on all defendants in the above-captioned action.

3.      Per Paragraph 3 of the Order, I confirm that service was made on all the e-mail addresses set forth in Schedule A hereto, which is the same Schedule A to the motion.

4.      Per the Order, a letter motion to seal Schedule B will follow separately.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Signed this July 28, 2021

By:  _____
                   Angus F. Ni

**AFN LAW PLLC**
41 Madison Ave, 31st Floor,
New York, NY 10017
(646) 453-7294
angus@afnlegal.com
*Attorney for Petitioner*

1

## Schedule A

**Defendant Hackers' E-mails Accounts On BitMart**

| E-mails |
| --- |
| sltamikss@tutanota.com |
| akholopov@yahoo.com |
| q1tka11@yahoo.com |
| davidchangeliya@yahoo.com |
| maks.123@yahoo.com |
| artemartem958@yahoo.com |
| romrom8823@yahoo.com |
| Stepstasov23@yahoo.com |
| inscrz1@yahoo.com |
| ekaterinavolzhankina@yahoo.com |
| volevju1@tutanota.com |
| novikdima@yahoo.com |
| leenshk30@yahoo.com |
| rrr333rrr007@yahoo.com |
| nikolaylok@yahoo.com |
| Uxewupo45@yahoo.com |
| kramnik88@tutanota.com |
| davidivanov2000@tutanota.com |
| bitmart74@yahoo.com |
| mikhailo2214@gmail.com |
| ururnoo@gmail.com |
| lanus444@yahoo.com |
| verifshmax@gmail.com |
| Defjointplaga@gmail.com |
| asvp0cz@gmail.com |
| igorerema203356@gmail.com |
| bablsd23@gmail.com |
| khfdd72@gmail.com |
| dokil1431@gmail.com |
| valery.shum@tutanota.com |
| bitmartverif@gmail.com |
| 32kirgiza@gmail.com |
| offsettashiteplz@gmail.com |
| Vertyferty1@gmail.com |
| Bmt228@tutanota.com |
| petrkolkin@tutanota.com |
| bit1305mart@tutanota.com |
| caspermul14@tutanota.com |
| exmona@protonmail.com |
| silenasel@gmail.com |
| agatakelly@tutanota.com |
| aidarasd888@gmail.com |
| jobeentinezh@gmail.com |
| theryinnonry@gmail.com |

| |
|---|
| anduchnoxt@gmail.com |
| kcculatwi@gmail.com |
| consavioneci@gmail.com |
| crippirstqt@gmail.com |
| plessomantdz@gmail.com |
| dursaperva@gmail.com |
| tabortlerl@gmail.com |
| bodeneentlh@gmail.com |
| pbseenqr@gmail.com |
| apposereht@gmail.com |
| opaughtqc@gmail.com |
| hintriumszl@gmail.com |
| ilakorneev72@gmail.com |
| thaintithegb@gmail.com |
| pubboveid@gmail.com |
| ifinotaketc@gmail.com |
| artionsureub@gmail.com |
| hoursmalpw@gmail.com |
| hereakingur@gmail.com |
| tharecutdn@gmail.com |
| istemildsp@gmail.com |
| anotesilyfm@gmail.com |
| daleturextzi@gmail.com |
| Senecursgm@gmail.com |
| proslaticsgp@gmail.com |
| partaquingtm@gmail.com |
| huscureahf@gmail.com |
| mantrallypg@gmail.com |
| withoplewa@gmail.com |
| anskedsnk@gmail.com |
| sousitionic@gmail.com |
| opeolthett@gmail.com |
| loodiesesh@gmail.com |
| shounduchav@gmail.com |
| dartionsogv@gmail.com |
| nowerversq@gmail.com |
| tagaltionj@gmail.com |
| apaphimemfu@gmail.com |
| apposialsu@gmail.com |
| intuntsdx@gmail.com |
| itchentedaa@gmail.com |
| treprindvj@gmail.com |
| tentiffewxr@gmail.com |
| duouseemk@gmail.com |
| awasiderskp@gmail.com |
| rebeesporsx@gmail.com |
| imilisherv@gmail.com |