USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GBM Global Holding Company Limited,

Petitioner,

–v–

The Unidentified Individuals Listed on Schedule A,

Respondents.

21-cv-6284 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Petitioner's application to seal Schedule B (Dkt No. 13) is GRANTED.  The Petitioner shall file unredacted copies of its other motion papers on the public docket by August 3, 2021.

SO ORDERED.

Dated: July 30, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge