# EXHIBIT B



# Complaint Referral Form
# Internet Crime Complaint Center

## Victim Information

| | |
|---:|:---|
| Name: | Lu Li |
| Are you reporting on behalf of a business? | Yes |
| Business Name: | Bachi.Tech Corporation |
| Is the incident currently impacting business operations? | Yes |
| Age: | [None] |
| Address: | 200 Washington St |
| Address (continued): | |
| Suite/Apt./Mail Stop: | FL 4 |
| City: | Hoboken |
| County: | |
| Country: | United States of America |
| State: | New Jersey |
| Zip Code/Route: | 07030 |
| Phone Number: | 6465716922 |
| Email Address: | legal@bitmart.com |
| Business IT POC, if applicable: | |
| Other Business POC, if applicable: | |

## Financial Transaction(s)

| | |
|---:|:---|
| Transaction Type: | Virtual Currency |
| If other, please specify: | |
| Transaction Amount: | $5270000 |
| Transaction Date: | 07/09/2021 |
| Was the money sent? | Yes |
| Victim Bank Name: | |
| Victim Bank Address: | |
| Victim Bank Address (continued): | |
| Victim Bank Suite/Mail Stop: | |
| Victim Bank City: | |
| Victim Bank Country: | [None] |
| Victim Bank State | [None] |
| Victim Bank Zip Code/Route: | |
| Victim Name on Account: | |
| Victim Account Number: | |
| Recipient Bank Name: | |
| Recipient Bank Address: | |
| Recipient Bank Address (continued): | |
| Recipient Bank Suite/Mail Stop: | |
| Recipient Bank City: | |
| Recipient Bank Country: | [None] |
| Recipient Bank State | [None] |

|  |
|---|
| Recipient Bank Zip Code/Route: |
| Recipient Name on Account: |
| Recipient Bank Routing Number: |
| Recipient Account Number: |
| Recipient Bank SWIFT Code: |

### Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

We are the operating entity of BitMart which is a cryptocurrency exchange.  Our compliant is about an internet hack happened from 2:30 PM to 10 8:00 PM on July 9, 2021.  This hack is based on an illegal attack to the Bitcoin SV network (a 51% attack to the network), which led to falsified deposit records on our website, based on which the hacker conducted transactions and later withdrawn millions of cryptocurrencies on our website.

To see the announcement from Bitcoin Association for such illegal attacks, please click https://bitcoinassociation.net/bitcoin-association-statement-zero-tolerance-for-illegal-attacks-on-the-bitcoin-sv-network/.  Based on its successful 51% attack to the Bitcoin SV network, the hacker falsified direct deposit records of about 91,000 BSV tokens to the associated BitMart accounts and such deposit records were successfully confirmed by our system.  After the falsified deposits, the hacker immediately turned the BSV tokens into below cryptocurrencies and withdrew them to multiple wallet addresses outside of BitMart:

11.106 BTC
216.523 ETH
668.196 LTC
130,780.8 ADA
605,336 USDC (ERC-20)
283,984.407 USDC
297,691 MATIC
969,308.31 XLM
29,912,899 HOT
3,994,932.49 XRP

The overall value of the above is 5.27 million USD and we are still conducting internal investigations to identity additional losses.

In terms of the suspects, we initially identified 92 accounts on BitMart that were involved in such crime activities, and we have the KYC information collection of which the authenticity is unknown at this moment.  However, our records show that the majority of the account holders are from Russia and Ukraine.  There are also other accounts involved in the trading activities and we are conducting internal investigations at this moment.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other     Please specify: 51% attack on Blockchain network

Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.

Originals should be retained for use by law enforcement agencies.

### Information About The Subject(s) Who Victimized You

Name: Ivan Romanov
Business Name:
Address:

| | |
|---:|:---|
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | |
| Country: | [None] |
| State: | [None] |
| Zip Code/Route: | |
| Phone Number: | |
| Email Address: | sltamikss@tutanota.com |
| Website: | |
| IP Address: | |

| | |
|---:|:---|
| Name: | Aleksandr Kholopov |
| Business Name: | |
| Address: | |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | |
| Country: | [None] |
| State: | [None] |
| Zip Code/Route: | |
| Phone Number: | |
| Email Address: | akholopov@yahoo.com |
| Website: | |
| IP Address: | |

| | |
|---:|:---|
| Name: | Volkov Dmitrii |
| Business Name: | |
| Address: | |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | |
| Country: | [None] |
| State: | [None] |
| Zip Code/Route: | |
| Phone Number: | |
| Email Address: | q1tka11@yahoo.com |
| Website: | |
| IP Address: | |

| | |
|---:|:---|
| Name: | Iakov Chikunov |
| Business Name: | |
| Address: | |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | |
| Country: | [None] |
| State: | [None] |
| Zip Code/Route: | |
| Phone Number: | |
| Email Address: | davidchangeliya@yahoo.com |
| Website: | |
| IP Address: | |

| | |
|---:|:---|
| Name: | Voroshnin Artem |
| Business Name: | |
| Address: | |

Address (continued):
Suite/Apt./Mail Stop:
City:
Country: [None]
State: [None]
Zip Code/Route:
Phone Number:
Email Address: artemartem958@yahoo.com
Website:
IP Address:

### Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

We are investigating to see if there are other users affected by such crime activities.

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

### Who Filed the Complaint

Were you the victim in the incident described above? Yes

### Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Lu Li

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. **This is the only time you will have to make a copy of your complaint.**