# EXHIBIT C

## Re: URGENT – ACCOUNT/ASSET FREEZE REQUEST – BitMart

Antonia M <antonia.m@binance.com>
Sun 7/18/2021 11:20 PM

**To:** BitMart Legal <legal@bitmart.com>
**Cc:** legal@binance.com <legal@binance.com>; case@binance.com <case@binance.com>; Sheldon Xia <sheldon.xia@bitmart.com>

Dear BitMart Legal Team,

We accept court orders from a competent jurisdiction setting out the precise request and/or injunction. Kindly note that requests that are not accompanied by required orders or are wider than the court orders obtained will not be entertained. Thank you.

Regards,
Antonia

On Sat, Jul 17, 2021 at 6:26 AM BitMart Legal <legal@bitmart.com> wrote:
> Dear Antonia,
>
> Would you please confirm if Binance will comply with a court order from U.S. courts? We are now approaching District courts in New York but would like to confirm with you.
>
> Thank you and please kindly reply.
>
> Best,
> BitMart Legal
>
> ---
>
> **From:** BitMart Legal <legal@bitmart.com>
> **Sent:** Thursday, July 15, 2021 12:28 AM
> **To:** Antonia M <antonia.m@binance.com>
> **Cc:** legal@binance.com <legal@binance.com>; case@binance.com <case@binance.com>; Sheldon Xia <sheldon.xia@bitmart.com>
> **Subject:** Re: URGENT – ACCOUNT/ASSET FREEZE REQUEST – BitMart
>
> Dear Antonia,
>
> Thank you for your reply. When we submitted this request to Binance, we have provided the report submitted to the **FBI Internet Crime Complaint Center (IC3)**. Per the rules, we have to wait for IC3 to disseminate the information to federal, state, local, or international law enforcement or regulatory agencies for criminal, civil, or administrative action, as appropriate. Hence, although we wish, a response from FBI is unlikely to happen within 24 hours.
>
> In parallel, our attorneys are drafting a complaint to be submitted to the **U.S. District Court located in New York**. We are trying our best but the filing is estimated to be completed this week, based on which we will apply for an injunction to be submitted to you directly.
>
> <u>In short, we are trying our best to provide documents from police or courts directly to you, but the 24 hour window that you mentioned is really too short. We sincerely ask your help to **freeze such accounts for a longer period**, and, if the owner of such accounts complain to you in any way, we are willing to immediately provide more technical data to support our claim.</u>

Please kindly help to continue freezing the related accounts. Thank you very much and we will wait for your reply.

Best,
BitMart Legal

---

**From:** Antonia M <antonia.m@binance.com>
**Sent:** Tuesday, July 13, 2021 9:44 PM
**To:** BitMart Legal <legal@bitmart.com>
**Cc:** legal@binance.com <legal@binance.com>; case@binance.com <case@binance.com>; Sheldon Xia <sheldon.xia@bitmart.com>
**Subject:** Re: URGENT – ACCOUNT/ASSET FREEZE REQUEST – BitMart

Dear BitMart Legal team,

Thank you for your email. We have as courtesy frozen the accounts mentioned in your email for 24 hours. A court order from a competent jurisdiction setting out the precise request or a request from an official law enforcement order is required in order to freeze accounts. Please arrange to let us have the required order as soon as possible, otherwise, we have no choice but to release the accounts.

Regards,
Antonia

On Tue, Jul 13, 2021 at 10:05 PM 'BitMart Legal' via legal <legal@binance.com> wrote:
> Dear Sir/Madam,
>
> This is BitMart Legal and we are reaching out seeking Binance's kind help for urgent account/asset freeze requests.
>
> BitMart was involved in malicious activities on July 9, 2021, which occurred because of an issue of the Bitcoin SV network. This led to falsified deposit records on our website and thus resulted in a loss.
>
> **Since we detected the malicious activities, we have started investigations and have reported to the FBI Internet Crime Complaint Center (IC3). Please see attached for the report submitted to IC3.** We are also actively seeking the involvement of police departments and judicial authorities for direct asset freeze orders or injunctions. **We hereby request that you kindly help to immediately verify and freeze accounts related to below wallet addresses and TXIDs:**
>
> - 810AE5FE47E8D835DC1AE58E929C7B7A5172D0144552FB9A87049C8D3B401F38
>   Source Address: rnEzenDD7SFL5PJMPV2aY6JjBmnLBKLKst
> - 391FC99689A838EED309DB27DEFD56007FE6F20E49D79CEB5B343F4CE7F7CD41
>   Source Address: rHkcCTNgbASo9FHr32i7R64XJFxnLqMczq
> - 5014B03B3B851A2D42278EEE555DCE0A1FD8B42F6DA9EB4B5CA39DCC0CAF0A75
>   Source Address: r4czGhaPev8NENwifX4zHNbqhtKkXhBiRt
> - A77CAB73088E17D2D74F59485D949068DFEE3A3E3090BEC08497C1EFEEB0C50D
> - 2935133E6547EA7305EBD378E69CBD6E25A383C4A05B23946E0A0987ED081C4B
>
> Please note that due to the urgency, we have also submitted to <u>Binance Customer Support ticket No. 1535443 and No. 74432633</u>. Please let us know the best way to follow up.
>
> We appreciate your kind help and hope that you kindly share any information that may relate to the above wallet addresses, or this internet hack itself. Please kindly reply. Your timely response will be highly appreciated.

Again, thank you and please reply at the possible soonest.

Best,
BitMart Legal

[Huobi] 回复：URGENT – ACCOUNT/ASSET FREEZE REQUEST – BitMart-Huobi: Dear Sir/Madam, This is BitMart Legal and we are reaching out seeking Huobi's kind help fo…

Support <ls@huobigroup.com>
Mon 7/19/2021 4:50 AM

To: BitMart Legal <legal@bitmart.com>

##- 请在此行以上输入您的回复 -##

Your request (2020805153) has been updated. To add additional comments, reply to this email.

Note: Concerning security, Huobi shall never ask you for your password or verification code about your Huobi account in any case.

---

HBE-Niki （Huobi）
2021年7月19日 GMT+8 16:50

Dear Customer,

Thank you for contacting Huobi Global Customer Service Center.

This e-mail is in response to your below questions:

Hello, we have processed the account you provided in accordance with the internal process, and you are advised to report to the police as soon as possible, for regulatory and law enforcement enquiry,
please email : regulatory@huobi.com for further assistance.

If there is any other questions, please feel free to contact us, or mail to ls@huobigroup.com, we will reply you within 24 hours.

Best Regards,

Huobi Global Customer Service Center

---

HBE-Niki （Huobi）
2021年7月19日 GMT+8 13:50

Dear Customer,

Thank you for contacting Huobi Global Customer Service Center.

This e-mail is in response to your below questions:
Hello, please provide your HUOBI account, we help you to feedback, if your assets are damaged, we suggest you call the police as soon as possible

If there is any other questions, please feel free to contact us, or mail to support@huobigroup.com, we will reply you within 24 hours.

Best Regards,

Huobi Global Customer Service Center

---

**HBE-Niki （Huobi)**
2021年7月19日 GMT+8 11:40

Dear Customer,

Thank you for contacting Huobi Global Customer Service Center.

This e-mail is in response to your below questions:

Hello, for regulatory and law enforcement enquiry, please email : regulatory@huobi.com for further assistance.

If there is any other questions, please feel free to contact us, or mail to ls@huobigroup.com, we will reply you within 24 hours.

Best Regards,

Huobi Global Customer Service Center

---

**BitMart Legal**
2021年7月19日 GMT+8 11:39

Hi Huobi team,

Thank you for the reply. However this is not an enquiry. This is **a request for freezing accounts to which illegal gains were transferred**. Would you please arrange freezing of this wallet address **rsBFXup37Qr2vSDuYTUjjTXEWq9YmNXZmr** for now?

We are CCing regulatory@huobi.com herein too for follow up. Thank you and please reply.

Best,
BitMart Legal

HBE-Niki （Huobi)

2021年7月19日 GMT+89:01

Dear Customer,

Thank you for contacting Huobi Global Customer Service Center.

This e-mail is in response to your below questions:

Hello,for regulatory and law enforcement enquiry, please email : regulatory@huobi.com for further assistance.

If there is any other questions, please feel free to contact us, or mail to ls@huobigroup.com, we will reply you within 24 hours.

Best Regards,

Huobi Global Customer Service Center

---

BitMart Legal

2021年7月19日 GMT+81:29

URGENT – ACCOUNT/ASSET FREEZE REQUEST – BitMart-Huobi:

Dear Sir/Madam,

This is BitMart Legal and we are reaching out seeking Huobi's kind help for urgent account/asset freeze requests.

BitMart was involved in malicious activities on July 9, 2021, which occurred because of an issue of the Bitcoin SV network. This led to falsified deposit records on our website and thus resulted in a loss.

**Since we detected the malicious activities, we have started investigations and have reported to the FBI Internet Crime Complaint Center (IC3).  Please see attached for the report submitted to IC3.** We are also actively seeking the involvement of police departments and judicial authorities for direct asset freeze orders or injunctions. **We hereby request that you kindly help to immediately verify and freeze accounts related to below wallet address.  Please also see below for the detailed TXIDs:**

- **Huobi Address (Destination) : rsBFXup37Qr2vSDuYTUjjTXEWq9YmNXZmr**

    https://xrpscan.com/tx/B2907A17B37243BFEF83847E93B69A27AF5B5F6CE84AACC283F907CD98D46E82

    https://xrpscan.com/tx/D2D4EAFDF088729806CC14851CCFD3F01A5CB45665921BDB318989C9BEC327C5

https://xrpscan.com/tx/A99B91D98FFDCFD6C9B16492D7B694D0AB3D433EB3BCB390EC8C2979638E4956

https://xrpscan.com/tx/B7D23FACBAB6D33E2F1183344998F0FB9C444609428046D036851A3D8B67032D

https://xrpscan.com/tx/487A0C5CF29F773FA96893E9B0A7474E8B4D7DDD11584755CD5E26E26DEDC1AB

https://xrpscan.com/tx/841F00DCB450EB378868720B155DB7196300C8F5088F871984A780A5712882D3

https://xrpscan.com/tx/91FE62243A021EF5E7F85702B878B545D36E2A371C860B2C2EA61ABBB7BD786B

https://xrpscan.com/tx/AB3E7F581ECB1966DE8EE655A642D051A169F81CD5878DD7E2EF1B795E7FAD89

https://xrpscan.com/tx/BF6F8DBD61CD2A35B29E787B2CBD6E5E36365E6D5BFF79A05835E4FD3C081AE1

https://xrpscan.com/tx/7660275D3668DCA244CAAAF0A38E2D5EEAC8CBE3573AA2B7736A5F93F258B478

https://xrpscan.com/tx/6B79CA4755E6BFC6DE2B1A1632891F2654D47904390884B8D982EE5A01F687F4

https://xrpscan.com/tx/563ECD1474F945FD11446CCDD5207AE54C06F74C527BE90372B444FE55209934

https://xrpscan.com/tx/28E989791EBAA76C9601F0E4F8CA708B35B72E60793369F7740E047D1F225D95

https://xrpscan.com/tx/E52EAF03D8A28D30D01FCE15BAC5AB9E27026AC71EBC2B4F60B1FD23C18BD044

https://xrpscan.com/tx/809EA1821F5487F47EB2AFDB699BD48E1C929459099480 4199322FCC3FC9A3D6

https://xrpscan.com/tx/6B94994D5A0431F479ECF93D07474A7B00E517ED2A085A7A580963BB18117735

https://xrpscan.com/tx/12FBECCE2B85C228F8F59709835527F8077DE0BAD7C45D02763773A5856F5134

https://xrpscan.com/tx/47DB559650E6569D364B5908D215CCF6F57775FBE043E06CB93C04156A99900F

https://xrpscan.com/tx/D118BCBAE41652B2642E232EFB064E561237A006D91BBBAAC9A1526139F0A9AF

https://xrpscan.com/tx/6B408FC516D094D0AAB328112414834D0FC50BEFA57C807D4626FA21703442E9

https://xrpscan.com/tx/BBBCC1296C2F6E27940D02850A6F5A9BC26852FD340CB7D9623F1A4D5B084697

### XRP Ledger Explorer - XRPSCAN

Explore XRP Ledger, accounts, addresses, balances, transactions, validators, nodes, amendments, metrics and charts.

xrpscan.com

☐

We appreciate your kind help and hope that you kindly share any information that may relate to the above wallet address, or this internet hack itself. Please kindly reply. Your timely response will be highly appreciated.

Again, thank you and please reply at the possible soonest.

Best,
BitMart Legal

附件

[FBI IC3 Complaint Form 20210710_Redacted.pdf](#)

此电邮是由 Huobi 提供的服务。 由 [Zendesk](#) 提供

8