UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:  8/9/21
```

GBM Global Holding Company Limited,

Petitioner,

—v—

The Unidentified Individuals Listed on Schedule A,

Respondents.

21-cv-6284 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As stated on the record at the hearing held on August 9, 2021, the Court finds good cause to extend the Temporary Restraining Order issued on July 28, 2021 (Dkt. No. 11). The Court therefore GRANTS an extension of the temporary restraining order until August 23, 2021. Upon receipt of this order, Petitioner shall immediately serve Defendants with a copy of this order in the same manner as provided in the original Temporary Restraining Order.

By August 16, 2021, at 3:00 p.m., Petitioner shall provide the Court with confirmation that an arbitration has been filed, an affirmation of where and when the arbitration was filed, and a copy of the arbitration filing that includes what claims are being asserted against the defendants in arbitration.

Petitioner shall further file by August 16, 2021, at 3:00 p.m., a submission that addresses whether all four requirements for enforcement of an arbitration agreement under the New York Convention are satisfied. *See Smith/Enron Cogeneration Ltd. P'ship, Inc. v. Smith Cogeneration Int'l, Inc.*, 198 F.3d 88, 92 (2d Cir. 1999) (noting, in particular, that the arbitration agreement "must provide for arbitration in the territory of a signatory of the convention").

SO ORDERED.

Dated: August 9, 2021
     New York, New York

_____
ALISON J. NATHAN
United States District Judge