UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/21
```

GBM Global Holding Company Limited

*Plaintiff*,

v.

The Unidentified Individuals Listed On Schedule A,

*Defendants.*

Case No. 1:21-cv-06284

[PROPOSED] ORDER FOR A PRELIMINARY INJUNCTION

    On July 23, 2021, Petitioner GBM Global Holding Company Limited ("Petitioner") Petitioned for a Temporary Restraining Order and Preliminary Injunction in Aid of Arbitration (the "Motion") against certain unidentified individuals listed on Schedule A hereto ("Defendants").

    The Court, by order dated July 28, 2021 (the "Temporary Restraining Order"), ordered that Petitioner serve Defendants by e-mail, that Defendants file a response to the Motion by August 4, 2021, that Petitioner file a reply by August 6, 2021, and that the parties are to appear for a show cause hearing on August 9, 2021, at 2:00 p.m. EST.

    On July 28, 2021, Petitioner filed an affidavit of service, affirming that Defendants have been served as ordered. Dkt. 12. Defendants have not filed a response or made an appearance.

    The Court on August 9, 2021, extended the TRO. Dkt. 21.

    The Defendants having not responded and the Court having independently reviewed Petitioner's submissions, the Court concludes that Petitioner's Motion should be GRANTED, and hereby order as follows:

1. Defendants, their agents, servants, employees, attorneys, and affiliates, are hereby **preliminarily enjoined** from selling, transferring, assigning, encumbering, or otherwise

disposing of cryptocurrency transferred in the transactions listed in Schedule B to the July 28, 2021 Temporary Restraining Order.

2. Upon receipt of a copy of this order, the third-party exchanges listed in Schedule B to the July 28, 2021 Temporarily Restraining Order shall maintain the existing freezes of any cryptocurrency implemented pursuant to the July 28, 2021 Temporary Restraining Order pending any further court order **or** final arbitration award.

3. Upon receipt of this order, Petitioner shall immediately serve Defendants with a copy of this order in the same manner as provided in the Temporary Restraining Order.

IT IS SO ORDERED,

Dated: ___8/23/21_____

_____
United States District Court Judge