UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/22
```

GBM Global Holding Company Limited,

                Plaintiff,

     –v–

The Unidentified Individuals Listed on Schedule A,

                Defendants.

21-cv-6284 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court on August 23, 2021, issued a preliminary injunction against Defendants. Dkt. No. 25. No activity has occurred in this case since that date. The Court hereby orders Plaintiff to file by April 8, 2022, a motion for default judgment or a status update indicating why default judgment should not be filed. Failure to act on this matter may result in Plaintiff's claims being dismissed with prejudice for failure to prosecute. *See United States ex rel. Drake v. Norden Sys.*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute").

      SO ORDERED.


Dated: March 22, 2022
      New York, New York

                               ALISON J. NATHAN
                        United States District Judge