# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GBM Global Holding Company Limited,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>The Individuals Listed In Schedule A,<br><br>　　　　　　　　Respondents. | Case No. 1:21-cv-06284<br><br>Notice of Motion to Confirm |

To: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

　　PLEASE TAKE NOTICE THAT, on July 12, 2022, Plaintiffs, by and through their counsel, will move the Court, before the Honorable Alvin K. Hellerstein, United States District Court Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for entry of a [Proposed] Order Confirming and Enforcing an Arbitration Award pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 et seq.

　　This Motion is based this Notice of Motion, the following Memorandum of Points and Authorities, the accompanying Declaration of Angus Ni and exhibits thereto, the record in this action, and such other matters and argument as may be presented to the Court.

　　This notice of motion and motion are being simultaneously transmitted to the respondents at the e-mail addresses at which they were served.

　　Dated: June 21, 2022

　　　　　　　　　　　　　　　　　　　　AFN LAW PLLC

　　　　　　　　　　　　　　　　　　By: _____

　　　　　　　　　　　　　　　　　　　　Angus F. Ni

41 Madison Ave, 31st Floor,
New York, NY 10010
(646) 453-7294
angus@afnlegal.com

*Attorney for Petitioner*