# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GBM Global Holding Company Limited<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>The Unidentified Individuals Listed On Schedule A,<br><br>　　　　*Defendants* | Case No. 1:21-cv-06284<br><br>**Declaration of Angus F. Ni in Support of Motion to Confirm Arbitration** |

I, **ANGUS F. NI**, declare as follows:

1. I am counsel for Petitioner in the above-captioned action.

2. A true and correct copy of the Final Award dated May 2, 2022 in AAA Case No. 01-21-0016-1249 is attached hereto as **Exhibit 1**.

3. A true and correct copy of the AAA transmittal cover letter for the Final Award in Exhibit 1 hereto, sent to all Parties, is attached hereto as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Signed this June 21, 2022

By:_____
　　　　　　　　　　　Angus F. Ni.

**AFN LAW PLLC**
41 Madison Ave, 31st Floor,

1

New York, NY 10017
(646) 453-7294
angus@afnlegal.com
*Attorneys for petitioner*