## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

GBM Global Holding Company Limited

                Petitioner,

     v.

The Unidentified Individuals Listed On Schedule A,

              Respondents.

Case No.  1:21-cv-06284

[PROPOSED] JUDGMENT

Petitioner GBM Global Holding Company Limited ("Petitioner") having moved this Court pursuant 9 U.S.C. § 207 to confirm the Final Award dated May 2, 2022, rendered in American Arbitration Association ("AAA") Case No. 01-21-0016-1249, and it appearing that there is good cause for granting petitioner's Motion, it is hereby ORDERED, ADJUDGED, AND DECREED:

That the Final Award rendered in favor of Petitioner GBM IS confirmed in all respects and that judgment be entered against Respondents.

Respondents shall pay the amount of $5,231,549.42, which sum reflects the U.S. dollar value of various cryptocurrencies transferred out of Petitioner's exchange identified in the Final Award, calculated at the cryptocurrency-to-U.S. Dollars exchange rate prevailing as of the close of business on May 2, 2022, as provided in the Final Award.  The calculations are set forth in Schedule I to the Motion and reproduced below:

| Currency | Quantity | USD Price | USD Value on May 2, 2022 | Source (hyperlink) |
|----------|----------|-----------|--------------------------|--------------------|
| BSV | 3.07 | 73.99 | 227.1493 | https://coinmarketcap.com/currencies/bitcoin-sv/markets/ |

| | | | | |
|---|---|---|---|---|
| BTC | 10.9946 | 38,529.33 | 423614.5716 | https://coinmarketcap.com/currencies/bitcoin/ |
| ETH | 218.929 | 2,857.41 | 625569.9139 | https://coinmarketcap.com/currencies/ethereum/ |
| USDC | 296654.277 | 1 | 296654.277 | https://coinmarketcap.com/currencies/usd-coin/ |
| USDT | 693721.37 | 1 | 693721.37 | https://coinmarketcap.com/currencies/tether/ |
| XRP | 3926159.284 | 0.6143 | 2411839.648 | https://coinmarketcap.com/currencies/xrp/ |
| ADA | 130838.17 | 0.7815 | 102250.0299 | https://coinmarketcap.com/currencies/cardano/ |
| DOGE | 485 | 0.1309 | 63.4865 | https://coinmarketcap.com/currencies/dogecoin/ |
| ETC | 0.389 | 27.46 | 10.68194 | https://coinmarketcap.com/currencies/ethereum-classic/ |
| HOT | 29912899 | 0.004023 | 120339.5927 | https://coinmarketcap.com/currencies/holo/ |
| LTC | 668.499 | 100.69 | 67311.16431 | https://coinmarketcap.com/currencies/litecoin/ |
| MATIC | 297691 | 1.08 | 321506.28 | https://coinmarketcap.com/currencies/polygon/ |
| XEM | 313.94 | 0.09215 | 28.929571 | https://coinmarketcap.com/currencies/nem/ |
| XLM | 969308.31 | 0.1737 | 168368.8534 | https://coinmarketcap.com/currencies/stellar/ |
| ZEC | 0.3487 | 124.68 | 43.475916 | https://coinmarketcap.com/currencies/zcash/ |
| | | | $5,231,549.42 | |

Post-judgment interest shall run from pursuant to 28 U.S.C. § 1961 from _____, _____, 2022 until complete payment is made.

Upon receipt of a copy of this order, the third-party exchanges that had received a copy of this Court's August 23, 2021 Preliminary Injunction Order freezing certain of the Respondents'

identified assets shall turn over any of Respondents' frozen assets to Petitioner to satisfy this Judgment.

IT IS SO ORDERED,

Dated: New York, New York

_____, 2022

_____

United States District Judge