**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GBM GLOBAL HOLDING COMPANY
LIMITED,

                Petitioner,                       21 **CIVIL** 6284 (AKH)

    -against-                                 **JUDGMENT**

91 INDIVIDUALS ATTACHED TO
SCHEDULE A,
                Respondents.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated July 13, 2022, the petition to confirm the arbitration award is granted, with post judgment interest from the date of judgment; accordingly, the case is closed.

**Dated**: New York, New York
        July 14, 2022

                                                                     **RUBY J. KRAJICK**
                                                                     **Clerk of Court**
                             **BY:**     *K. Mango*
                                                                         **Deputy Clerk**